**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**UNITED STATES OF AMERICA**                                                                                       **PLAINTIFF**

**VS.                                       CASE NO. 2:05CV00038 SWW**

**ANNETTE A. JONES a/k/a ANNETTE J. WINFREY,
and WILSHIRE CREDIT CORPORATION                                                       DEFENDANTS**

**ORDER CONFIRMING MARSHAL'S SALE**

Now on this day there is presented to the Court the Report of Sale and Petition for Confirmation of Foreclosure Sale for the Eastern District of Arkansas, made pursuant to the judgment entered in the above-captioned case.  It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in St. Francis County, Arkansas, and that the said sale was held at Forrest City, Arkansas, on June 22, 2005, at 9:30 a.m., in conformity with the Judgment of this Court.  At such sale Elporter and Artelore S. Gamble bid the sum of $23,500.00, and that being the highest and best bid offered, the property was then sold to Elporter and Artelore S. Gamble, 733 Hicky, Forrest City, AR.

IT IS, THEREFORE, ORDERED that such sale be, and the same are in all respects, approved by the Court, and the purchase price with interest shall be paid to the United States of America.  The expense items reported by the United States Marshal in the amount of $84.00 are hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by the Court's endorsement thereon and an order separately entered in conformity with local practice.  The Marshal is directed forthwith upon payment to deliver the deed to the purchaser

named in his report of sale and that he be given possession of said property on demand. The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal, who shall proceed to place the purchaser in possession of the property.

DATED:September 8, 2005          /s/Susan Webber Wright
                                 UNITED STATES DISTRICT JUDGE