**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**VS.**                       **CASE NO. 2:05CV00038 SWW**

**ANNETTE A. JONES a/k/a ANNETTE J. WINFREY,
and WILSHIRE CREDIT CORPORATION**                        **DEFENDANTS**

**ORDER APPROVING MARSHAL'S DEED**

On this day the United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to the United States of America, acting by and through Elporter and Artelore S. Gamble, the purchasers of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said United States Marshal acknowledges that he has executed said deed to the purchasers for the consideration and purposes therein mentioned and set forth; and it is

**ORDERED** by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: September 8, 2005

                                                          /s/Susan Webber Wright
                                                          UNITED STATES DISTRICT JUDGE