### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**VS.**                          **CASE NO. 2:05CV00038 SWW**

**ANNETTE A. JONES a/k/a ANNETTE J. WINFREY,**
**and WILSHIRE CREDIT CORPORATION**                          **DEFENDANTS**

### ORDER OF DISTRIBUTION

On June 22, 2005, at 9:30 a.m., at the West front door of the St. Francis County

Courthouse, Forrest City, Arkansas, the United States Marshal offered for sale the lands

described in the Judgment entered on April 21, 2005.  At such sale, Elporter and Artelore S.

Gamble were the highest and best bidders for the property, and the property was then sold to the

said Elporter and Artelore S. Gamble.

On July 1, 2005, the United States Marshal received Check No. 742 in the amount of

$10,000.00 from Elporter Gamble, and on July 6, 2005, the United States Marshal received

Check No. 4738 in the amount of $13,500.00 from Elporter Gamble for payment in full for the

property.  In accordance with the terms of the Judgment, it is hereby ORDERED that the United

States Marshal transfer the above mentioned funds to the United States of America, U.S.

Department of Agriculture, Rural Development, formerly known as Farmers Home

Administration, 700 West Capitol, Room 3416, Little Rock, Arkansas 72201, and notify Fletcher

Jackson, Assistant United States Attorney by sending copy of same.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

DATED: September 8, 2005